O 91 (Rev. 11/82)

# CRIMINAL COMPLAINT

ORIGINAL

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|

| UNITED STATES OF AMERICA<br>v.<br>EMERUWA NDUKWE | DOCKET NO.<br><br>JAN 10 2020 |
|---|---|
| | MAGISTRATE'S CASE NO.<br>20 MJ 00122 |

| Complaint for violation of Title 18, United States Code, Sections 1344 and 1028A |
|---|

| NAME OF MAGISTRATE JUDGE<br>Honorable Patrick J. Walsh | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br>Los Angeles, California |
|---|---|---|

| DATE OF OFFENSE<br>through June 2015 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|

| COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:<br><br>**See Attachment** |
|---|

| BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:<br>(See attached affidavit which is incorporated as part of this Complaint) |
|---|

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>Trent Thurber |
|---|---|
| | OFFICIAL TITLE<br>Deputy Sheriff, LASD |

| Sworn to before me and subscribed in my presence, |
|---|

| SIGNATURE OF MAGISTRATE JUDGE(1)<br>Patrick J. Walsh | DATE<br>January 10, 2020 |
|---|---|

(1) See Federal Rules of Criminal Procedure 3 and 54

AUSA Andrew Brown, 11th floor, x0102 *AB*    **WARRANT**    Detention Requested

**Attachment**

## Count One (18 U.S.C. § 1344)

Beginning in or before 2009, and continuing through at least June 2015, in Los Angeles County, within the Central District of California, and elsewhere, defendant EMERUWA NDUKWE, acting with the intent to defraud, knowingly executed and attempted to execute a scheme to defraud Discover Bank, a federally insured financial institution, and to obtain monies and funds owned by and in the custody and control of Discover Bank by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts. To execute the fraudulent scheme, defendant impersonated hundreds of genuine Discover Card holders and requested that their cash back bonuses be transferred to bank accounts and prepaid cards that he controlled, causing actual losses of at least $657,955.

## Count Two (18 U.S.C. § 1028A)

Beginning in or before 2009, and continuing through at least June 2015, in Los Angeles County, within the Central District of California, and elsewhere, defendant EMERUWA NDUKWE knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person during and in relation to a felony violation of Title 18, United States Code, Section 1344, Bank Fraud, as charged in Count One, knowing that the means of identification belonged to another actual person.

**Affidavit**

I, Trent Thurber, being duly sworn, declare and state as follows:

      I am a Deputy Sheriff with the Los Angeles County Sheriff's Department. I have been employed by the Sheriff's Department for the past thirty-two years. I am currently assigned to the Fraud & Cyber Crimes Bureau, Southern California High Tech Crimes Identity Theft Task Force.  For the past 20 years I have been directly involved in numerous investigations and/ or arrests of persons involved in forgeries, credit card fraud and identity theft related cases. I have participated in the seizure of stolen merchandise, personal information, checks, credit cards, skimming devices, credit card making machines and manufacturing equipment on several occasions. I have personally prepared and served numerous search warrants for identity theft, credit card counterfeiting and manufacturing and forgery related investigations and have assisted with numerous search warrants with fellow investigators.  In the regular course of my duties, I daily investigate persons for identity theft, credit card skimming, manufacturing and counterfeiting and other forgery/ fraud related crimes.  I have conversations with suspects and other officers regarding identity theft and forgery/ fraud related subjects on a daily basis for the purpose of developing and broadening my own understanding of identity theft, forgeries, and offenders and their methods.  I am currently assigned as a "Task Force Officer" with the Federal Bureau of Investigations.

### Seeking a Complaint Against EMERUWA NDUKWE

      I make this affidavit in support of a complaint against EMERUWA NDUKWE for violating Title 18, United States Code, Sections 1344 and 1028A, Bank Fraud and Aggravated Identity Theft.

### NDUKWE Impersonated Discover Card Holders and Stole Their Cash Back Bonuses

      As described in more detail below, beginning in or before November 2009 and continuing through at least June 2015, NDUKWE illegally accessed unsuspecting Discover Card holders' accounts and transferred available "Cash Back Bonuses" from their accounts. (According to the FDIC's website, Discover Bank is insured under certificate 5649 and, according to Discover's website, Discover Cards are issued through Discover Bank.)  The Cash Back Bonus program is a benefit of Discover Card which enables customers to earn up to 5% in cash on eligible purchases. The Cashback Bonus dollars can be

used for a variety of options, one of them being to have the dollars earned transferred to a bank account of the customer's choice.

The Cash Back Bonuses were either transferred into accounts set up by NDUKWE or used to make purchases at various locations including "EMEZ Medical Supply", which was a company owned by NDUKWE. NDUKWE accomplished this with Pre-Paid cell phones. During this time various phone numbers had been captured via "ANI" (Automatic Number Identification) calling on Discover accounts.

Investigator Micioni, of Discover Financial Services, was able to obtain a copy of a USPS Money Order purchased at the Marina Del Rey Post Office for $500. I saw that the money order was made payable to Espirit #1325. It appeared to be from Eme (probably short for EMERUWA) NDUKWE, with the numbers 13924 and what appeared to be a street name beginning with "Ma". I conducted a check of Espirit Apartments and found they are located at 13924 Marquesas Way. This is consistent with the information listed on the money order. According to Discover's business records, Cash Back Bonus money, transferred from a victim's Discover account, was used to purchase the money order.

Investigator Micioni provided me with ATM photos from Wells Fargo Bank and surveillance photos from Ralph's and Pavillion's grocery stores. I saw that a male black adult, bald, heavy set made the November 19, 2014 ATM withdrawal at Wells Fargo and a purchase at Ralph's on November 19, 2014. I saw that additional purchases made on November 15, 2014 at Walmart in Temecula depicted a female adult, with long dark hair. I saw the same female had made an ATM withdrawal on November 14, 2014 at the same Wells Fargo as the male suspect.

In or about March 2015 I executed a search warrant at the Espirit Apartment for rental records related to apartment #1325 at 13924 Marquesas Way (the apartment listed on the Money Order purchased with stolen funds from Discover). I reviewed the rental records which listed EMERUWA NDUKWE as the current resident.

I reviewed photographs provided by Discover Investigator Maria Micioni of ATM transactions involving the stolen Cash Back Bonuses and compared those to a booking photograph of NDUKWE. I noted that the photograph of NDUKWE resembled the person in the ATM surveillance photographs. I

also noted that NDUKWE had used the address located on Marquesas Way when he was arrested on July 24, 2014 for Driving Under the Influence. I reviewed information provided by Inv. Micioni which showed that NDUKWE wed Iryna Bigun in July 2008. Inv. Micioni provided me with a copy of a Texas driver license photo of Iryna Bigun. I compared the photograph to the ATM photograph from November 14, 2014 and the surveillance photos from the Walmart in Temecula. I saw the Iryna Bigun resembled the female in the photographs from Wells Fargo and Walmart.

### Search Warrant Served and Evidence Seized at the NDUKWE Residence

In or about May 21, 2015 I served a search warrant at the residence of NDUKWE, 13924 Marquesas Way #1325, Marina Del Rey. The warrant resulted in the recovery of several pieces of US Mail in other people's names, credit card reader/encoder, cellular phones, laptop computer, counterfeit Social Security card, credit cards and credit card account numbers and gift cards.

### Arrest of NDUKWE and Recovery of Additional Evidence

I learned from NDUKWE'S wife, Iryna Bigun, that he was on an inbound flight to Los Angeles International Airport from Atlanta, GA. NDUKWE was located and arrested at the airport on May 21, 2015. NDUKWE had numerous cellular phones in his possession as well as a carry-on bag and suitcase. I obtained a search warrant for these items, too.

### NDUKWE's Phones Were Used to Access 814 Discover Accounts and Steal Almost $658,000

I reviewed the evidence seized during the search warrant at 13924 Marquesas Way #1325, Marina Del Rey, and during the arrest of NDUKWE. Agent Thomas (FBI) and I examined the phones and extracted the phone numbers from each of the phones. A total of (18) phones were recovered from the residence and NDUKWE's person. Through analysis of the phone numbers and records involving compromised Discover accounts and transactions, Maria Micioni was able to link (9) of the phone numbers to 814 Discover accounts. These phone numbers were captured via ANI and linked to fraudulent activity taking place between 11/13/09 and 06/15/15. The losses associated with the Discover accounts is $657,955.55 and a potential loss of $1,039,970.33.

A review of transaction information on Citibank Checking account for "EMEZMEDICALSUPPLY" (NDUKWE's business) revealed 78 Discover Cash Award credits were made to the account. The Citibank Checking account belongs to NDUKWE. I also located a

3

counterfeit Social Security card bearing the name Eme NDUKWE and a social security number not issued to NDUKWE.

**The Genuine Discover Card Holders Did Not Authorize NDUKWE to Access Their Accounts**

A total of (8) Identity Theft victims were contacted as part of the investigation. The victims stated that they did not know NDUKWE and did not give him permission to access their Discover Credit Card account information for any reason.

**NDUKWE Appears to Have Fled After Being Booked**

Over the course of this investigation beginning in or about January 2015 until present day, I have made several attempts to locate NDUKWE. NDUKWE left no forwarding address when he left the apartment in Marina Del Rey shortly after the service of a search warrant. On at least two occasions, I have requested members or Law Enforcement on the East Coast to check possible locations for NDUKWE, which have met with negative results. The locations had been identified as possible residences of his wife, Iryna Bigun. NDUKWE has a local arrest warrant in Los Angeles, CA. that has been in the system since Dec. 12, 2015 and he has made no attempt to surrender to Law Enforcement. This was a result of him not complying with conditions set forth from a DUI arrest.  NDUKWE also has a Court Order violation in Fairfax County, VA. For failing to adhere to conditions set forth from another DUI arrest.

I reviewed S/NDUKWE's out of state criminal records and saw that on February 4, 2011 NDUKWE escaped custody and fled to avoid a trial in Pennsylvania, according to law enforcement in Philadelphia, PA. This was documented under Case #C1102565.  NDUKWE's arrest history shows he has used several different variations of his name as well as at least (2) different social security numbers. I addition, a counterfeit social security card was located at NDUKWE's apartment.

NDUKWE conducted his criminal activity utilizing pre-paid cellular phones, which he used for short periods of time and discards to avoid detection. He also utilizes pre-paid debit/credit cards, which do not require true information to obtain. As a consequence, I have not been able to locate him since his arrest in 2015.

///

4

## Conclusion

Based on the foregoing, I submit there is probable cause to believe that NDUKWE committed Bank Fraud and Aggravated Identity Theft in violation of Title 18, United States Code, Sections 1344 and 1028A.

Trent T. Thurber, Detective

Los Angeles Sheriff's Department

Fraud & Cybercrimes Task Force

Subscribed and Sworn before me

On this 10th day of January 2020

UNITED STATES MAGISTRATE JUDGE